IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00260-DME-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MICHAEL HAYDEN,

    Defendant.

## **AMENDED** MINUTE ORDER

ORDER ENTERED BY JUDGE DAVID M. EBEL

    A hearing on revocation of supervised release for Defendant Brian Michael Hayden shall take place in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado, on **July 14, 2010**, **at 2:30 p.m.**

    DATED: May 18, 2010